AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>JAVIER NAVARRO AVARA,<br><br>*Defendant(s)* | Case No. 3:25-mj-71515 MAG |

**FILED**
Dec 22 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 13, 2025, in the county of San Francisco in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Fentanyl and Methamphetamine<br><br>Maximum Penalities:<br>20 years' imprisonment; lifetime supervised release, with minimum term of three years' supervised release; $1,000,000 fine; $100 special assessment; forfeiture; deportation |

This criminal complaint is based on these facts:

Please see the attached Affidavit of DEA Special Agent Adam Jones.

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Adam Jones, Special Agent, DEA
*Printed name and title*

Approved as to form  *Kevin J. Barry*
                    AUSA

Sworn to before me by telephone.

Date: 12/22/2025

*Judge's signature*

City and state: San Francisco, California      Hon. Alex G. Tse, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Adam Jones, a Special Agent of the Drug Enforcement Administration ("DEA"), being duly sworn, hereby declare as follows:

## INTRODUCTION

1.  I make this affidavit in support of an application for a Criminal Complaint charging Javier Navarro AVARA with a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) – Possession with Intent to Distribute Controlled Substances. This is based on AVARA's possession of distribution amounts of fentanyl and methamphetamine on August 13, 2025, in San Francisco, in the Northern District of California.

## AFFIANT BACKGROUND AND EXPERIENCE

2.  I am employed by the United States Department of Justice, DEA, as a Special Agent and have been so employed since January 2023.

3.  I received 16 weeks of specialized drug law enforcement training at the DEA training academy in Quantico, Virginia, from February 2023 to May 2023. The training curriculum covered all aspects of drug investigations, including identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, financial investigations, money laundering techniques, and the general operation of drug trafficking organizations. This training included instruction in the investigation of federal drug violations, including, but not limited to Title 21, United States Code, Sections 841 and 846. Additionally, this training included several hundred hours of comprehensive, formalized instruction in, but not limited to, narcotics investigations, drug identification, detection, interdiction, financial investigations and money laundering,

identification and seizure of drug related assets, undercover operations, and electronic and physical surveillance procedures.

4. During the course of my employment as a DEA Special Agent, I have participated in numerous narcotics investigations. I have debriefed confidential sources and witnesses who had personal knowledge regarding narcotics trafficking organizations. In addition, I have discussed with numerous law enforcement officers and confidential sources the methods and practices used by narcotics traffickers. I have also participated in many aspects of drug investigations including, but not limited to, telephone toll analysis, and physical surveillance, and I have assisted in court ordered wiretap investigations. Moreover, I have executed federal narcotics search and arrest warrants that resulted in the arrest of suspects and the seizure of narcotics.

5. Through my training, education, experience, and my conversations with other agents and officers who conduct drug investigations, I have become familiar with narcotics traffickers' use of mobile telephones, and their use of numerical codes and code words to conduct their business. Also, I have become familiar with narcotics traffickers' methods of operation, including, but not limited to, the manufacturing, distribution, storage, and transportation of narcotics, and the methods used by drug traffickers to collect, transport, safeguard, remit, and/or launder drug proceeds.

6. I have initiated and/or participated in numerous Organized Crime Drug Enforcement Task Force ("OCDETF") investigation. The OCDETF program is part of the United States Attorney General's strategy to reduce the availability of drugs by disrupting major trafficking organizations through joint collaborations across agencies.

7. Over the past 27 months, I have worked with other experienced agents, law enforcement officers and prosecutors on cases that apply use of electronic surveillance to investigating Drug Trafficking Organizations ("DTOs") that are trafficking narcotics across multiple jurisdictions within the United States.

8. I have monitored, supervised, conducted surveillance, or otherwise participated in several investigations that utilized electronic and/or wire interceptions. In the course of working on investigations using electronic and/or wire interception, I have monitored, listened to, reviewed transcripts and/or "line sheets" of over 500 intercepted conversations. I estimate that the majority of these conversations were in Spanish and involved the trafficking of methamphetamine, cocaine, heroin, and fentanyl by DTOs, and that the majority of the narcotics trafficking conversations intercepted employed some form of code to thwart law enforcement.

9. I have discussed this investigation with other DEA agents and with other law enforcement agencies involved in it. I have reviewed records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another DEA agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed.

10. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

## APLICABLE STATUTES

11. Title 21, United States Code, Section 841(a)(1) criminalizes possession with intent to distribute and distribution of federally controlled substances. Both fentanyl and

methamphetamine are controlled substances under Title 21. Section 841(b)(1)(C) provides penalties for specific quantities of controlled substances.

## STATEMENT OF PROBABLE CAUSE

**Search Warrant For AVARA's Person and Residence**

12. On August 11, 2025, the San Francisco Police Department (SFPD) obtained a search warrant issued by Judge Anne Costin of the San Francisco Superior Court. The warrant authorized the search of the person of Javier AVARA and his residence at 6708-6710 International Boulevard, Oakland California. The warrant was based in part on the fact that on July 2, 2025, in the area of Fell Street and Van Ness Avenue in San Francisco, SFPD officers conducted a controlled purchase of 3.9 grams (gross) of fentanyl from AVARA for $100. The drugs were confirmed to be fentanyl through a presumptive positive result from a TruNarc device.

13. Officers arrested AVARA, and in a search incident to arrest, they found an additional 6.6 grams of fentanyl, 16.3 grams of methamphetamine (both gross), and a digital scale on his person. These drugs were likewise confirmed to be fentanyl and methamphetamine through TruNarc analysis

14. The search warrant affidavit also noted that AVARA had three open narcotics cases pending at the time of his July 2, 2025 arrest.

15. The warrant affidavit also detailed another controlled purchase with AVARA and an SFPD undercover officer on August 5, 2025. In that instance, the officer purchased 3.6 grams (gross) of fentanyl for $40.00. These drugs were confirmed to be fentanyl through TruNarc analysis.

**August 13, 2025 Execution of the Search Warrant**

16. During the afternoon of August 13, 2025, SFPD Officers conducted surveillance on AVARA's residence at 6708-6710 International Boulevard in Oakland, California. They observed AVARA leave the residence and travel to the Coliseum BART station in Oakland. From that station, he and two companions travelled to the Powell Street BART in San Francisco.

17. After AVARA left the station and reached street level, SFPD officers detained him and executed the search warrant for his person. Among other items, officers found the following: 52.6g (gross) of fentanyl; 21.8g (gross) of methamphetamine; a digital scale; and $169.00 in currency. These drugs were confirmed to be fentanyl and methamphetamine through TruNarc analysis.

18. During a post-arrest Mirandized interview, AVARA admitted selling drugs because he is in debt. He confirmed that he had travelled to San Francisco to sell fentanyl and methamphetamine, and he stated that he thought that he had about two ounces (57 grams) on him when he was arrested. AVARA stated that he sells methamphetamine for $10 per gram and sells fentanyl for somewhere between $25 and $40 per gram.

19. Officers also searched a room that AVARA shares at 6708-6710 International Boulevard. They found additional quantities of fentanyl, methamphetamine, and currency in that location.

//
//
//
//
//

## CONCLUSION

20. I submit that this affidavit provides probable cause to support a Criminal Complaint and an Arrest Warrant based on AVARA's violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) in that he possessed with intent to distribute the controlled substances fentanyl and methamphetamine.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

/s/ Adam Jones

_____
ADAM JONES
Special Agent
Drug Enforcement Administration

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 22nd day of December, 2025.

_____
HON. ALEX G. TSE
United States Magistrate Judge